# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

RESTORATION DOCTOR individually and
as assignee of Robert Zaldivar,

Appellant,

v.

CITIZENS PROPERTY INSURANCE CORPORATION,

Appellee.

No. 2D2025-1935
_____

June 19, 2026

Appeal from the County Court for Hillsborough County; Lisa A. Allen, Judge.

Matthew McElligott of Valiente, Carollo & McElligott, PLLC, Miami (withdrew after briefing), for Appellant.

Michelle Diverio and Alejandro Sanchez Parraga of Lydecker LLP, Miami, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.